Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 133
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Ashley Smith**, an Arizona resident;<br><br>Plaintiff,<br><br>v.<br><br>**High Speed Enterprise, Inc. d/b/a Subway**, an Arizona company; **Kevin Mayer,** an Arizona resident; and **Dayna Garrett,** an Arizona resident;<br><br>Defendants. | Case No. 2:21-cv-00193-SPL<br><br>**NOTICE OF SETTLEMENT**<br><br>**(Assigned to the Hon. Steven P. Logan)** |

Notice is hereby given that the parties have reached a settlement in the above captioned matter.

///

///

///

///

///

///

RESPECTFULLY SUBMITTED April 12, 2021.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd. Suite 133
Scottsdale, AZ 85260
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2021, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System. All counsel of record are registrants and are therefore served via this filing and transmittal.

/s/ Ashley Peschke