IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Smith,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>High Speed Enterprise Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-21-00193-PHX-SPL<br><br>**ORDER** |

The Court has been advised that the parties have reached a settlement in this case (Doc. 13). Accordingly,

**IT IS ORDERED** that this case will be dismissed *with prejudice* on **May 12, 2021** unless a stipulation to dismiss is filed prior to the dismissal date.

Dated this 12th day of April, 2021.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven P. Logan*
　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge