IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Smith,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>High Speed Enterprise Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-21-00193-PHX-SPL<br><br>**ORDER** |

　　　　No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's April 13, 2021 Order (Doc. 14),

　　　　**IT IS ORDERED** that this action is **dismissed with prejudice**.

　　　　**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

　　　　Dated this 13th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge